IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERMAINE MINOR, by his son and next friend, JERMON MINOR, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE APG, INC., OLDCASTLE SERVICES, INC., and OLD CASTLE LAWN & GARDEN, INC.<br><br>Defendants. | Case No.: 21-cv-503-SMY |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed without prejudice. Each party is to bear their own costs and attorneys' fees.

Dated: December 1, 2023

*By: /s/ Roberto Luis Costales*
Attorney for Plaintiffs

Roberto Luis Costales (#6329085)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
rlc@beaumontcostales.com

*/s/ Jody Kahn Mason*
Attorney for Defendant

Jody Kahn Mason
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Tel: (312) 803-2535
Jody.Mason@jacksonlewis.com